# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN W. HOLLAND

v.

**JUDGMENT IN A CIVIL CASE**

MICHAEL J. ASTRUE, Commissioner
   of Social Security

CASE NUMBER: C07-5670RBL

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED


The Court adopts the Report and Recommendation; and

The administrative decision is AFFIRMED.


___September 23, 2008___
Date

___BRUCE RIFKIN___
Clerk


___*s/CM Gonzalez*___
Deputy Clerk